IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 6 2002

Michael N. Milby
Clerk of Court

B-02-88

| | |
|---|---|
| HELEN REBOK, | § |
| Plaintiff, | § |
| | § |
| V. | § |
| | § |
| MARCI DEJULIO, individually and as | § |
| representative of NATIONS CREDIT | § |
| FINANCIAL SERVICES | § |
| CORPORATION AND NATIONS | § |
| CREDIT FINANCIAL SERVICES | § |
| CORPORATION | § |
| Defendants. | § |

CIVIL ACTION NO. _____

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Nations Credit Financial Services Corporation ("Nations Credit") by its undersigned counsel, respectfully shows this Court as follows:

### Introduction

1.    On or about April 15, 2002, Nations Credit was served with a copy of a lawsuit, Cause No. 2002-04-1402-E, styled *Helen Rebok v. Marci DeJulio, individually and as representative of Nations Credit Financial Services Corporation and Nations Credit Financial Services Corporation*. Nations Credit was the first defendant served in this matter. This cause is pending in the 357th Judicial District Court of Cameron County, Texas. Copies of the citation, Plaintiff's Original Petition, Jury Demand, and Request for Disclosure ("Plaintiff's Original Petition"), being all the process, pleadings, and orders served on Defendant, are attached hereto. No further proceedings have been had in Cause No. 2002-04-1402-E.

Doc ID: 68772      17336.0040

2.      Cause No. 2002-04-1402-E is a civil action over which this Court has diversity jurisdiction under 28 U.S.C. § 1332 and therefore may be removed to this Court under 28 U.S.C. § 1441.

3.      Venue is proper in this cause in that Cause No. 2002-04-1402-E is pending within the Southern District of Texas.

## This Court Has Diversity Jurisdiction.

### Diverse Parties

4.      As reflected in Paragraph II of Plaintiff's Original Petition in Cause No. 2002-04-1402-E, Plaintiff is a citizen of the State of Texas.  Defendant Nations Credit is, and was at all times relevant to this case, a North Carolina corporation with its principal place of business in Charlotte, North Carolina.

### Fraudulently Joined Party

5.      Plaintiff's Original Petition also names Marci DeJulio ("DeJulio") as a defendant, individually and as a representative of Nations Credit.  Although DeJulio is a citizen of the State of Texas, she should be disregarded, both individually and as a representative of Nations Credit, for purposes of determining jurisdiction under 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b) on the ground that there is no possibility that plaintiff will be able to establish liability against her.  *See, e.g., Rogers v. Harford Accident & Ind. Co.*, 133 F.3d 309, 315 (5th Cir. 1998).

6.      It is evident from Plaintiff's Original Petition that no cause of action can be asserted against DeJulio, individually, and that she has been fraudulently joined in this suit.  Although Plaintiff alleges multiple causes of action in her Original Petition, Plaintiff only alleges Texas Common Law Fraud against DeJulio.  Plaintiff alleges that the terms of the loan were not properly

represented to the Plaintiff by DeJulio, because the terms were not read or explained to Plaintiff. Plaintiff does not provide and cannot provide any fraudulent statements or actions by DeJulio. Therefore, there exists no basis in law or fact for Plaintiff to state a claim against DeJulio. A party's failure to specify a factual basis for recovery against a non-diverse party constitutes a failure to state a claim and fraudulent joinder of that party. *See Frith v. Guardian Life Ins. Co. of America*, 9 F.Supp.2d 734, 741-43 (S.D. Tex. 1998); *Waters v. State Farm Mut. Auto. Ins. Co.*, 158 F.R.D. 107, 109 (S.D. Tex. 1994). DeJulio should therefore not be considered for diversity purposes.

7.    Where there are no allegations that an employee was acting outside the course and scope of his employment or engaged in other conduct rendering him personally liable, the employee is fraudulently joined and the employee's presence will not defeat diversity. DeJulio had extremely limited contact with the Plaintiff and any actions by DeJulio that could be relevant to these actions would have been in her capacity as Nations Credit's employee. DeJulio's only contact with Plaintiff was processing the home equity loan on behalf of Nations Credit. *See, e.g,, Arzehgar v. Dixon*, 150 F.R.D. 92, 94 (S.D. Tex. 1993) (stating "... given the relative financial positions of most companies versus their employees, the only time an employee is going to be sued is when it serves a tactical legal purpose, like defeating diversity."). DeJulio was included only to defeat diversity. Therefore complete diversity of citizenship between the parties exists under to 28 U.S.C. §1332(a)(1), because Plaintiff and the only relevant Defendant, Nations Credit, are citizens of different states.

**Amount in Controversy**

9.     This matter relates to Plaintiff's home equity loan. The loan was allegedly made for $127,200.00. In Plaintiff's Original Petition, Plaintiff seeks an award of forfeiture against the Defendants for the principal and interest of the home equity loan.

10.    The amount in controversy is in excess of $75,000. Therefore, this Court has jurisdiction of Cause No. 2002-04-1402-E under 28 U.S.C. § 1331, and removal to this Court is proper under 28 U.S.C. §§ 1441(a), (b).

11.    This Court has supplemental jurisdiction over any and all other claims asserted by Plaintiff in accordance with 28 U.S.C. §§ 1367(a), 1441(c).

12.    Removal is timely under 28 U.S.C. § 1446(b) as thirty days or less have passed from the date the Petition was served on Defendant Nations Credit, which was the first defendant served in this matter.

**Consent of Co-Defendant Unnecessary**

12.    Because Plaintiff has fraudulently joined Co-Defendant, as explained above, Nations Credit is not required to secure the consent of Co-Defendant prior to removing the case. *See Jernigan v. Ashland Oil, Inc.,* 989 F.2d 812, 815 (5th Cir. 1993), *cert. denied,* 510 U.S. 868 (1993).


WHEREFORE, Defendant, Nations Credit Financial Services Corporation prays that Cause No.2002-04-1402-E be removed from the 357th Judicial District Court of Cameron County, Texas to this Court.

Respectfully submitted,

Jeffrey R. Seewald
State Bar No. 17986640
Federal I.D. No. 28500
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: 713/520-1900
Fax: 713/520-1025

**ATTORNEY FOR DEFENDANT NATIONS CREDIT FINANCIAL SERVICES CORPORATION**

OF COUNSEL:
MCGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002

## CERTIFICATE AND NOTICE OF FILING

The undersigned attorney of record for Defendant, Nations Credit, certifies that on May 6, 2002, a copy of this Notice of Removal of action was filed with the District Clerk of Cameron County, Texas, and that written notice of filing of the Notice of Removal was served by fax and by certified mail, return receipt requested upon the attorney of record for Plaintiff. Attached to the notices were copies of this Notice of Removal.

JEFFREY R. SEEWALD

## CERTIFICATE OF SERVICE

I, Jeffrey R. Seewald, do hereby certify that a true and correct copy of the foregoing Notice of Removal was mailed by certified mail, return receipt requested and sent by fax, on the 3rd day of May, 2002 to the following counsel of record:

**John Ventura**
**The Law Offices of John Ventura. P.C.**
**62 E. Price Rd.**
**Brownsville, Texas 78521**
**Facsimile (956) 542-1478**

**Karen L. Kellett**
**The Kellett Law Firm**
**Founder Square**
**900 Jackson Street, Suite 120**
**Dallas, Texas 75202**
**(214) 744-3661**

JEFFREY R. SEEWALD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HELEN REBOK, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-02-88 |
| V. | § | |
| | § | |
| MARCI DEJULIO, individually and as | § | |
| representative of NATIONS CREDIT | § | |
| FINANCIAL SERVICES | § | |
| CORPORATION AND NATIONS | § | |
| CREDIT FINANCIAL SERVICES | § | |
| CORPORATION | § | |
| Defendants. | § | |

## INDEX OF MATTERS BEING FILED

Civil Cover Sheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Notice of Removal, Southern District of Texas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Index of Matters Being Filed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Citation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Plaintiff's Original Petition, Jury Demand, and Request for Disclosures . . . . . . . . . . . 5

Docket Sheet, Cause No. 2002-04-1402-E, 357th Judicial District Court, Cameron County . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . 6

Notice of Removal, United States District Court . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Notice of Removal, 357th Judicial District Court, Cameron County . . . . . . . . . . . . . . . . 8

Index of Counsel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Doc ID: 68772      17336 0040

B-02-88

Citation for Personal Service - NON-RESIDENT NOTICE       Lit. Seq. # 5.003.01

No. 2002-04-001402-E

T H E   S T A T E   O F   T E X A S

ORIGINA

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued thi citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may b taken against you.

TO: NATIONS CREDIT FINANCIAL SERVICES CO.
    SERVING ITS REGISTERED AGENT:
    CT CORPORATION SYSTEM,
    350 N. ST. PAUL,
    DALLAS, TX 75201

the _____ DEFENDANT _____, GREETING:

    You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 357th Judicial District of Cameron County, Texas at the Courthouse of sai county in Brownsville, Texas. Said _____ PETITION _____ was filed on ___APRIL 05, 2002___. A copy of same accompanies this citation.

The file number of said suit being No. 2002-04-001402-E.

The style of the case is:

HELEN REBOK
VS.
MARCI DEJULIO, INDIV. & AS REPRESENTATIVE, ET AL.

Said petition was filed in said court by _____ HON. JOHN VENTURA
(Attorney for _____ PLAINTIFF _____), whose address is
62 E. PRICE ROAD BROWNSVILLE, TX 78520

    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 5th day of APRIL, A.D. 2002.

# OFFICERS RETURN OF SERVICE

COUNTY: CAMERON        CASE # 2002041402E      COURT 357

                                    Clt. Ref.#

# ORIGINAL

Clt.#   7172

HELEN REBOK

VS

MARCI DEJULIO, INDVIDUALLY & AS REPRESENTATIVE OF NATIONS CREDIT
FINANCIAL SERVICES CORPORATION AND NATIONS CREDIT FINANCIAL
SERVICES CORPORATION

The documents came to our hand for service on 04/15/02   Time: 11:33:02

Documents received for service:

CITATION & PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND, AND
REQUEST FOR DISCLOSURE

The documents were delivered on 04/15/02   Time: 14:00:00

Executed at: 350 N. St. Paul St., Ste. 2900
            Dallas, TX 75201

FILED ____ O'CLOCK ____ M
AURORA DE LA GARZA DIST. CLERK
APR 1 9 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS
____ DEPUTY

to the following: **Nations Credit Financial Services, Co.**
                **By Delivering To Its Registered Agent, Ct Corporation System**
                **Accepted By Barbara Pfister**

_____ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
        who is sixteen (16) years of age or older, at the above listed address which is the
        usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____

Witness Fee Tendered: _____

STATE OF TEXAS}

James Prince
Professional Civil Process Dallas, Inc.
1301 Main Street Suite 202
Dallas, Texas 75202

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this ___ day of _____ 2002.

PCP Inv.# D0402 315

NOTARY PUBLIC SIGNATURE

CAUSE NO. *2002-04-1402-E*

| | | |
|---|---|---|
| HELEN REBOK | § | IN THE DISTRICT COURT |
|     Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | CAMERON COUNTY, TEXAS |
| | § | |
| MARCI DEJULIO, individually and as | § | |
| representative of NATIONS CREDIT | § | |
| FINANCIAL SERVICES | § | |
| CORPORATION AND NATIONS | § | |
| CREDIT FINANCIALSERVICES | § | |
| CORPORATION | § | |
|     Defendants. | § | 357TH JUDICIAL DISTRICT |

FILED 2:50 O'CLOCK __ M.
AURORA DE LA GARZA DIST. CLERK

APR 0 5 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

## PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

Helen Rebok, Plaintiff complains of Marci DeJulio, individually and as representative of NationsCredit Financial Services Corporation, and NationsCredit Financial Services Corporation, Defendants, and for causes of action shows:

### I. DISCOVERY

1.  Discovery is intended to be conducted under Level 2 of the Texas Rules of Civil Procedure.

### II. PARTIES

2.  Plaintiff Helen Rebok resides at 4035 Retama Drive, Brownsville, Texas in Cameron County.

3.  Defendant, NationsCredit Financial Services Coporation, is a North Carolina corporation and can be served with process by serving its registered agent for service

of process through CT Corporation System, 350 N. St. Paul, Dallas, Texas 75201.

Defendant, Marci DeJulio, is a Texas resident who may be served at her place of

business, 943 North Expressway, Suite 14, Brownsville, Texas 78520.

### III. JURISDICTION

4.      This Court possesses jurisdiction over this matter because the amount in controversy

is in excess of the Court's jurisdictional minimum.

### IV. VENUE

5.      Venue is proper in Cameron County because a substantial part of the events giving

rise to Plaintiff's claims occurred in Cameron County, Texas, Tex. Civil. Prac. &

Rem. Code Sec. 15.002(a)(1).

### V. FACTS

6.      In August 1998, Helen Rebok met with Marci DeJulio, an employee of NationsCredit

Financial Services Corporation.  At that time, Helen Rebok entered into a home

equity loan with NationsCredit Financial Services Corporation.  Marci DeJulio

processed the home equity loan.  At the time Ms. Rebok entered into the contract,

Ms. Rebok was legally blind.  The terms of the home equity loan were never read to

her or explained to her by NationsCredit Financial Services Corporation or Marci

DeJulio.  As such, Ms. Rebok did not know the terms or conditions of the loan.

7.      The loan was made for $127,200.00 but the value of the property was approximately

$106,396.00.  The home equity loan was made for more than 80% of the value of the

property.

8.      Ms. Rebok was required by NationsCredit Financial Services Corporation to pay two

APR 22 2002 13:41 FR LEGAL DEPARTMENT    7043884815 TO 917135201025    P.10/30
APR 18 2002 18:13 FR BK. OF AMERICA    972 506 5091 TO 14043861760    P.04/21

debts she disputed. The debts were to Capital One and Bank of Boston.

9.     On or about May 1, 2001, NationsCredit Financial Services Corporation foreclosed on Ms. Rebok's home. Ms. Rebok did not receive proper notice of the foreclosure. Ms. Rebok continues to occupy the property.

## VI. CAUSES OF ACTION

10.     Plaintiff would show that the actions stated in the previous sections of this petition are violations of the Texas Constitution under the Home Equity Loan provisions and fraud as those terms are defined by the common law of the State of Texas.

## A. TEXAS COMMON LAW FRAUD-AS TO ALL DEFENDANTS

11.     Plaintiff realleges each and every fact set forth in the above numbered paragraphs.

12.     Plaintiff alleges that Defendants engaged in fraud in that the terms of the loan were not properly represented to the Plaintiff and the home equity loan exceeds 80% of the fair market value of the homestead.

## B.    VOIDNESS OF LOAN PURSUANT TO ARTICLE 16, Sec. 50 of the Texas Constitution--AS TO NATIONSCREDIT FINANCIAL SERVICES CORPORATION

13.     Plaintiff realleges each and every fact set forth in the above numbered paragraphs.

14.     The Home Equity Loan made by NationsCredit Financial Services Corporation to Plaintiff herein violates Article 16, Sec. 50(a)(6) of the Texas Constitution. The home equity loan funded by NationsCredit Financial Services Corporation was not done with Plaintiff's consent or agreement. This loan was an extension of credit which NationsCredit Financial Services Corporation secured by placing a lien on Ms. Rebok's homestead pursuant to the Texas Constitution, Article 16, Sec. 50(a), et. seq.

15. The loan violated the provisions of Article 16, Sec. 50 of the Texas Constitution including, but not limited to:

    1.     Sec. 50(a)(6)(B), because it was a principal amount that exceeded 80% of the fair market value of the homestead on the date the loan was made;

    2.     Sec. 50(g), because NationsCredit Financial Services Corporation deceptively obtained Ms. Rebok's signature by not properly explaining the terms of the loan or having the documents read to her. In addition, the discussions were conducted in a language other than English. As such, NationsCredit Financial Services Corporation was obligated to provide to Ms. Rebok a copy of the provisions in the language in which the discussions were conducted. NationsCredit Financial Services Corporation did not provide Ms. Rebok with the provisions in the language that the discussions were conducted.

16. NationsCredit Financial Services Corporation has violated provisions of the home equity loan statute. As such, no valid lien was created by NationsCredit Financial Services Corporation and NationsCredit Financial Services Corporation cannot legally foreclose on Ms. Rebok's property. Plaintiff seeks a declaration that the purported lien in favor of NationsCredit Financial Services Corporation be declared void under Article 16, Sec. 50(a)(6) of the Texas Constitution. Plaintiff seeks actual damages against Defendant. NationsCredit Financial Services Corporation's conduct is a flagrant violation of the requirements of the Texas Constitution.

## C. DECEPTIVE TRADE PRACTICES--AS TO NATIONSCREDIT FINANCIAL SERVICES CORPORATION

17. Plaintiff would show that Defendant engaged in certain false, misleading and deceptive acts, practices and/or omissions actionable under the Texas Deceptive Trade Practices - Consumer Protection Act (Texas Business and Commerce Code, Chapter 17.41, et seq.), as alleged hereinbelow.

18. <u>Unconscionable Action or Course of Action</u>.  Defendant engaged in an "unconscionable action or course of action" to the detriment of Plaintiff as that term is defined by Section 17.45(5) of the Texas Business and Commerce Code, by taking advantage of the lack of knowledge, ability, experience, or capacity of Plaintiff to a grossly unfair degree.

19. <u>Producing Cause</u>.  Plaintiff would show that the acts, practices and/or omissions complained of were the producing cause of Plaintiff's damages.

## D.    DECLARATORY   JUDGMENT----AS   TO NATIONSCREDIT FINANCIAL SERVICES CORPORATION

20. Plaintiff realleges each and every fact set forth in the above-numbered paragraphs.

21. Plaintiff seek a declaration and declaratory judgment that the purported lien against the property at 4035 Retama Drive; Brownsville, Texas  is void under Article 16, Sec. 50(a)(6) of the Texas Constitution.

## VII. ATTORNEY FEES

22. Plaintiff realleges each and every fact set forth in the above numbered paragraphs.

23. Plaintiff seeks to recover attorney's fees for the claims set forth above.  Plaintiff seeks to recover her court costs and attorney's fees as provided by law.

## VIII. CONDITIONS PRECEDENT

24. Plaintiff realleges each and every fact set forth in the above-numbered paragraphs.

25. All conditions precedent to the relief sought herein have occurred.

## IX. JURY DEMAND

26. Plaintiff has paid a jury fee and requests a trial by jury.

# X. DAMAGES

27.    Plaintiff realleges each and every fact set forth in the above-numbered paragraphs.

28.    For each of the claims set forth in paragraphs above, Plaintiff seeks damages pursuant to Texas Common Law and Article 16, Sec. 50 of the Texas Constitution.

29.    Thus, Plaintiff requests the following damages:

    a.    Actual and/or economic damages;

    b.    An award for forfeiture against Defendant, for principal and interest pursuant to Article 16, Sec. 50(a);

    c.    An injunction against Defendant NationsCredit Financial Services Corporation, as well, as its affiliates, officers, agents, servants, employees, and attorneys and those person in active, concert, contract, combination, conspiracy, or participation with Defendant preventing Defendant from enforcing the lien against 4035 Retama Drive, Brownsville, Texas, pursuant to Article 16, Sec. 50(a)(6) of the Texas Constitution and a declaration that such lien is unenforceable;

    d.    Costs of court;

    e.    Pre-judgment interest;

    f.    Post-judgment interest; and

    g.    Reasonable and necessary attorney's fees.

All damages sought by Plaintiff are within the jurisdictional limit of this court.

## XI. REQUESTS FOR DISCLOSURE

Under Texas Rule of Civil Procedure 194, Defendant is requested to disclose within 50 days

of service of this request, the information or material described in Texas Rule of Civil Procedure 194.2 (a), (b), (c), (d), (e), (f), (g), (h), (i), (j), and (k),

## XII. PRAYER

WHEREFORE, premises considered, for the reasons stated above, Plaintiff, Helen Rebok, respectively prays that the Court order the following:

1.    That Defendants be cited to appear and answer;

2.    That the lien securing the loan be canceled for the plaintiff;

3.    An award of actual and/or economic damages in an amount to be determined at trial;

4.    An injunction against Defendant NationsCredit Financial Services Corporation, as well as its affiliates, officers, agents, servants, employees and attorneys and those persons in active concert, contract, combination, conspiracy or participation with Defendant, from:

    (a)    enforcing a lien obtained in connection with any loan governed by Article 16, §50(a)(5) of the Texas Constitution whereby the loan or lien or the procedures in making the loan or lien failed to comply with Article 16, §50 of the Texas Constitution,

    (b)    purchasing any loan or mortgage governed by Article 16, § 50(a)(5) of the Texas Constitution whereby the loan or lien or the procedures in making the loan or lien failed to comply with Article 16, § 50 of the Texas Constitution, and

    (c)    purchasing any loan or mortgage governed by Article 16, § 50(a)(5) of the Texas Constitution whereby the lender failed to comply with Section 53.257

of the Texas Property Code.

5.    An award for reasonable and necessary attorney's fees;

5.    Prejudgment and post judgment interest at the highest lawful rate;  and

6.    All other relief the Court deems appropriate.

Respectfully Submitted,

THE LAW OFFICES OF JOHN VENTURA, P.C.

By: _John Ventura_
John Ventura
State Bar No. 20545700
62 E. Price Rd.
Brownsville Texas 78521
(956) 546-9398 telephone
(956) 542-1478 facsimile


THE KELLETT LAW FIRM;
A PROFESSIONAL CORPORATION
Karen L. Kellett
State Bar No. 11199520
Founders Square
900 Jackson Street, Suite 120
Dallas, TX 75202
(214) 292-3660 telephone
(214) 744-3661 facsimile
ATTORNEYS FOR PLAINTIFF

```
SER1 7001144109              CUSTOMER SERVICE   INV 101/004  03/31/02  17:15:43
HELEN REBOK                  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 2C TYPE CONV. RES.                MAN F
                             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      IR 12.03000  BR 04     956-541-3844
4035 RETAMA DR               BROWNSVILLE TX 78521           W 956-541-3844
             < CR LIFE REFUND $2528.88 AND DISABILITY REFUND      >: 07/19/01
-----LOAN-------------------* LOAN INFORMATION *-----------------------------
---- 08/11/99 PMT ---   LAST PAID DATE    DUE     AMOUNT  (13 MONTHS)
1ST P&I   1311.33       PAYMENT                           WU: P
TOT PMT   1311.33       HAZARD


                                                    ANALYZED COUP MO
                                                    00/00        02

   LC DUE    2032.67   ------- BALANCES -------          BILL PROD
OTH FEES        .00    PRINCIPAL   123,357.27            12/22/99
 TOT DUE   45306.56      ESCROW          .00   2001 PRN   3,004.79
                        SUSPENSE      606.00   2001 TAX        .00
                        RES ESC          .00   2001 INT        .00
---* PF2 FOR ADDL MESSAGES *------------------------------------------------
LIFE-OF-LOAN: LOAN HAS CREDIT LIFE AND DISABILITY INS SEE DEEF CREEN
HI-TP 1  XFER ID FRBNKSCONV        LOAN CONVERTED TO FAIRBANKS 03/31/02
LOAN IS COMPLETED FORECLOSURE      LOAN IS IN FORECLOSURE, F/C STOP = 9
```

Case 1:02-cv-00088 Document 1 Filed in TXSD on 05/06/2002 Page 19 of 39

```
DLQ1 7001144109    ____    QX   D E L I N Q U E N C Y   OWNR n/a 03/31/02  17:15:57
13   CONV. RES.           PER/CLS/OFF  F/09/04 AGE:  3Y  7M IR: 12.03000 INV: 101
DUE( 32)    41,962.56  DUE 08/11/99( )(00/00)  ASSUM:           ACQ:08/25/98
LATE CHRG    2,032.67  PAYMT         1,311.33 P: 4035 RETAMA DR
BAD CK FEES      .00   L/C AMT          65.57    BROWNSVILLE TX 78521
OTHER FEES       .00   PAYMT + LC   1,376.90 M:
TOT DUE     43,995.23* PRIN BAL   123,357.27
SUSPENSE      606.00   P&I           1,311.33    4035 RETAMA DR
NET DUE     43,389.23  DLQ 11 TIME,PAY 33 DAY   BROWNSVILLE TX 78521
C/S 00503 HELEN REBOK                            956-541-3844
C/D 07/01                        W  WORK NUMBER  956-541-3844

------------------------- * ADDITIONAL MESSAGES * ----------------WU: P ----
LIFE-OF-LOAN: LOAN HAS CREDIT LIFE AND DISABILITY INS SEE DEEF CREEN
HI-TP 1  XFER ID FRBNKSCONV          LOAN CONVERTED TO FAIRBANKS 03/31/02
-COM2----------------------* COMMENTS *-------------------------------------
 DATE  USR         CONTACT   RESPONSE   REASON      RECALL      F/B REMIND

030702 3LT OTHER ACTION
030702 3LT <FOR2 NOTES LOAN MOVED TO REO 3/01             >
013102 7HN TAX BILL RECD
013102 7HN <2001 CNTY DUE IAO 1710.07 GD THRU 3/31/02 FWRD  >
           <TO CT                                          >
```

```
SER1 7001144109                 CUSTOMER SERVICE   INV 101/004  03/31/02  17:16:14
HELEN REBOK                     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 2C  TYPE CONV. RES.              MAN F
                                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     IR 12.03000  BR 04     956-541-3844
4035 RETAMA DR                  BROWNSVILLE TX 78521              W 956-541-3844
      _____      < CR LIFE REFUND $2528.88 AND DISABILITY REFUND     >: 07/19/01
----ACTV---------------* ADDITIONAL LOAN ACTIVITY *------------------------
LET 03/21/02 7HA  RO100   011 - reo tax ltr

LET 03/21/02 7HA  RO100   011 - reo tax ltr

COL 03/07/02 3LT          OTHER ACTION

COL 03/07/02 3LT          <FOR2 NOTES LOAN MOVED TO REO 3/01                 >

ACT 03/04/02     08/99    INV CHG & EFFECTIVE DATE

REO 02/25/02 228  COMPLT  DELETED REO

COL 01/31/02 7HN          TAX BILL RECD

---* PF2 FOR ADDL MESSAGES *-----------------------------------------------
LIFE-OF-LOAN: LOAN HAS CREDIT LIFE AND DISABILITY INS SEE DEEF CREEN
HI-TP 1  XFER ID FRBNKSCONV          LOAN CONVERTED TO FAIRBANKS 03/31/02
LOAN IS COMPLETED FORECLOSURE        LOAN IS IN FORECLOSURE, F/C STOP = 9
```

```
SER1 7001144109  _____   CUSTOMER SERVICE  INV 101/004  03/31/02  17:16:14
HELEN REBOK                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 2C  TYPE CONV. RES.              MAN F
                           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    IR 12.03000  BR 04    956-541-3844
4035 RETAMA DR             BROWNSVILLE TX 78521             W 956-541-3844
           < CR LIFE REFUND $2528.88 AND DISABILITY REFUND    >: 07/19/01
-----ACTV---------------* ADDITIONAL LOAN ACTIVITY *------------------------
COL 01/31/02 7HN          <2001 CNTY DUE IAO 1710.07 GD THRU 3/31/02 FWRD  >
                          <TO CT                                          >

COL 01/31/02 7HN          TAX BILL RECD

COL 01/31/02 7HN          <CORRECTION ON 2001 TAX IAO $6484.98...IT IS ISD NOT>
                          <CNTY...                                        >

COL 01/31/02 7HN          TAX BILL RECD

COL 01/31/02 7HN          <2001 CNTY DUE IAO 6484.98 GD THRU 3/31/02 FWRD  >
                          <TO CT                                          >

LET 12/31/01 *** YE001   A00 - HELEN REBOK
---* PF2 FOR ADDL MESSAGES *-----------------------------------------------
LIFE-OF-LOAN: LOAN HAS CREDIT LIFE AND DISABILITY INS SEE DEEF CREEN
HI-TP 1  XFER ID FRBNKSCONV        LOAN CONVERTED TO FAIRBANKS 03/31/02
LOAN IS COMPLETED FORECLOSURE      LOAN IS IN FORECLOSURE, F/C STOP = 9
```

```
SER1 7001144109          _____    CUSTOMER SERVICE  INV 101/004  03/31/02  17:16:14
HELEN REBOK                         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 2C  TYPE CONV. RES.           MAN F
                                    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     IR 12.03000  BR 04    956-541-3844
4035 RETAMA DR           BROWNSVILLE TX 78521                       W 956-541-3844
                 < CR LIFE REFUND $2528.88 AND DISABILITY REFUND        >: 07/19/01
_    _____
----ACTV---------------* ADDITIONAL LOAN ACTIVITY *--------------------------
LOG 07/19/01 641              CR LIFE REFUND $2528.88 AND DISABILITY REFUND
                             $475.91 POSTED AS CURTAILMENT

REO 07/10/01 7CP  BEGIN      REO - FORECLOSURE SALE

LOG 06/18/01 7RZ             INSURANCE REFUND FOR REO LOAN; XAX2 POPULATED 6/18

REO 06/01/01 213  BEGIN      REO - FORECLOSURE SALE

ACT 05/14/01                 INV CHG & EFFECTIVE DATE

REO 05/09/01 8AH  BEGIN      REO - FORECLOSURE SALE

COL 05/08/01 488             <FILE TO REO                                      >
---* PF2 FOR ADDL MESSAGES *-------------------------------------------------
LIFE-OF-LOAN: LOAN HAS CREDIT LIFE AND DISABILITY INS SEE DEEF CREEN
HI-TP 1  XFER ID FRBNKSCONV           LOAN CONVERTED TO FAIRBANKS 03/31/02
LOAN IS COMPLETED FORECLOSURE         LOAN IS IN FORECLOSURE, F/C STOP = 9
```

```
SER1 7001144109     _____      CUSTOMER SERVICE  INV 101/004  03/31/02  17:16:14
HELEN REBOK                     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 2C  TYPE CONV. RES.              MAN F
                               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     IR 12.03000  BR 04    956-541-3844
4035 RETAMA DR                 BROWNSVILLE TX 78521               W 956-541-3844
_    _____       < CR LIFE REFUND $2528.88 AND DISABILITY REFUND   >: 07/19/01
-----ACTV----------------* ADDITIONAL LOAN ACTIVITY *-------------------------
FOR 05/03/01 8HN  REMOVE  COMPLETED FORECLOSURE

LET 12/30/00 ***  YE000   A00 - HELEN REBOK

LOG 07/01/00 7AG          DOCS RECD FROM DOC SVCS//PPP CODED......AG//

ACT 12/22/99              BILL PRODUCED

ACT 12/03/99              PAYOFF STATEMENT GENERATE

ACT 04/27/99              BAD CHECK DATE

ACT 04/16/99              BAD CHECK DATE

---* PF2 FOR ADDL MESSAGES *------------------------------------------------
LIFE-OF-LOAN: LOAN HAS CREDIT LIFE AND DISABILITY INS SEE DEEF CREEN
HI-TP 1  XFER ID FRBNKSCONV        LOAN CONVERTED TO FAIRBANKS 03/31/02
LOAN IS COMPLETED FORECLOSURE      LOAN IS IN FORECLOSURE, F/C STOP = 9
```

```
SER1 7001144109                CUSTOMER SERVICE   INV 101/004   03/31/02  17:16:14
HELEN REBOK                    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 2C  TYPE CONV. RES.                MAN F
                               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       IR 12.03000  BR 04    956-541-3844
4035 RETAMA DR                 BROWNSVILLE TX 78521                  W 956-541-3844
              < CR LIFE REFUND $2528.88 AND DISABILITY REFUND      >: 07/19/01
_    _____
-----ACTV---------------------* LOAN ACTIVITY *-----------------------------
ACT 04/16/99              BAD CHECK DATE

ACT 11/18/98             SSN VERIFICATION MAILED

ACT 10/11/98             FIRST PAYMENT DUE DATE

ACT 09/23/98             NEW LOAN SETUP

ACT 08/25/98             LOAN ACQUISITION DATE




---* PF2 FOR ADDL MESSAGES *-------------------------------------------------
LIFE-OF-LOAN: LOAN HAS CREDIT LIFE AND DISABILITY INS SEE DEEF CREEN
HI-TP 1  XFER ID FRBNKSCONV         LOAN CONVERTED TO FAIRBANKS 03/31/02
LOAN IS COMPLETED FORECLOSURE       LOAN IS IN FORECLOSURE, F/C STOP = 9
```

```
LMTL 7001144109            CONSOLIDATED DEFAULT LOG      04/17/02  17:16:29
H   REBOK          L:  F:C B:  R:     08/11/99 TYPE CONV. RES.      MAN F
TYPE: LMT Y COL Y BNK Y FOR Y REO Y        DATE SELECT: MMDDYY     PRINT: _
------------------------------* PF8 FOR MORE *-----------------------------
COL 030702 3LT OTHER ACTION
COL 030702 3LT FOR2 NOTES LOAN MOVED TO REO 3/01
REO 022502 228 CLINK RETURNED FILE PER ATTY ACTIVE BK SENDING
               BACK TO F/C
COL 013102 7HN TAX BILL RECD
COL 013102 7HN 2001 CNTY DUE IAO 1710.07 GD THRU 3/31/02 FWRD
               TO CT
COL 013102 7HN TAX BILL RECD
COL 013102 7HN CORRECTION ON 2001 TAX IAO $6484.98...IT IS ISD NOT
               CNTY...
COL 013102 7HN TAX BILL RECD
COL 013102 7HN 2001 CNTY DUE IAO 6484.98 GD THRU 3/31/02 FWRD
               TO CT
REO 051801 8HN
               OK F/C ATTY INV IAO 860.74
COL 050801 488 FILE TO REO
FOR 050301 8HN PROP SOLD TO NC IAO 152,742
               MOVED TO REO
```

```
LMTL 7001144109            CONSOLIDATED DEFAULT LOG      04/17/02  17:16:36
H  REBOK        L:  F:C B:  R:    08/11/99 TYPE CONV. RES.        MAN F
TYPE: LMT Y COL Y BNK Y FOR Y REO Y        DATE SELECT: MMDDYY     PRINT: _
-------------------------------* PF8 FOR MORE *-------------------------------
FOR 042501 8HN REFAXED SAME BID TO KATHY @ B&S
FOR 042401 8HN FAXED BID TO BOB 152,742
FOR 042401 4CI OK BID/FLE TO ANDREA H TO PROCESS
FOR 042301 8HN REC BID 147,900...FILE TO LORA
FOR 042301 8HN RCVD BPO FM R&D VAL @ $180,000
               RCVD BPO FM R&D VAL @ $165,000
FOR 042301 8HN EMAILED BOB FOR TAXES
FOR 041301 8HN SALE SET 5-1-01
               ORDERED BPOS
FOR 031901 8HN *** WORKING FILE ***
COL 031301 8ML MS HAS BEEN SICK FOR 2 YRS/CLD ABOUT CR LIFE AND
               DISABLILTY INS/TRANSF TO CUST SERV
COL 031301 8ML TEL RESIDENCE TALK TO MRS.
COL 031301 594  XFER TO KEVIN
COL 031301 594 CUST CALLED
COL 022801 8ML LETTER SENT   LM142 loss mitigation help letter
COL 022001 8ML TEL RESIDENCE NO ANSWER
COL 012501 8ST RECV INV# TX-014C3CBC01 DTD 12-11-00 FOR $558.84 SE
```

```
LMTL 7001144109        CONSOLIDATED DEFAULT LOG      04/17/02  17:16:39
H  REBOK        L:  F:C B:  R:    08/11/99 TYPE CONV. RES.          MAN F
TYPE: LMT Y COL Y BNK Y FOR Y REO Y        DATE SELECT: MMDDYY     PRINT: _
--------------------------------------------------------------------------
COL 012501 8ST NT TO A/P
FOR 111300 7RW PER RANDY>TX HOME EQUITY;APP FILED ON 09/11/00;
               DEFAULT SENT SCH FOR 11/19/00
FOR 111300 7RW E-MAILED RANDY FOR STATUS
FOR 082100 7NT COPY OF TITLE POLICY TO LOGS
COL 081100 368 LETTER SENT   LM142 loss mitigation help letter
COL 081100 368 TEL RESIDENCE LINE BUSY
FOR 073100 7NT ORDERED TITLE POLICY FROM KC08
FOR 072000 8OF ATTY IS AWAITING TITLE
```

 **Lloyd Harrison**                                    04/19/2002 01:37 PM

To:        Martha W. Moore/USA/BAC@BankofAmerica
cc:
Subject:   Marci DeJulio

The NationsCredit office was in Brownsville, TX.
---------------------- Forwarded by Lloyd Harrison/USA/BAC on 04/19/2002 01:35 PM -----------------------

 **Lloyd Harrison**                                    04/19/2002 12:52 PM

To:        Martha W. Moore/USA/BAC@BankofAmerica
cc:
Subject:   Marci DeJulio

Marci DeJulio is a former employee of NationsCredit who is named as a Defendant in a new suit. Let me
know if you can find contact information for Ms. DeJulio on PeopleSoft.

Thanks,
Lloyd



Administer Workforce (U.S.) - Use - Job Data

File   Edit   View   Go   Favorites   Use   Help

Job Data 1 | Job Data 2 | Job Data 4 | Hierarchy Information | Benefit Program Participation | Employment Data 1 | Employ ◄ | ►

| Dejulio,Marci | | ID: 590307556 | Empl Rcd#: 0 |
|---|---|---|---|
| Service Effective Date: | 04/01/2002 | Hire Date: | 06/08/1998 |
| Benefit Service Months: | 84 | Rehire Date: | |
| Vesting Service Months: | 95 | Term Date: | 03/27/2001 |
| Benefit Retirement Eligibility Date: | 01/20/2022 | Date Last Increase: | 06/01/2000 |
| Vesting Retirement Eligibility Date: | 01/20/2022 | Date Last Worked: | |
| Accrued Service Date: | | Expected Return Date: | |
| Merger Code: | | | |

| Home/Host: | Home ▼ | Work Phone: | 000/000-0000 |
|---|---|---|---|

|   | Employment Data 1 | | Update/Display All | |



Administer Workforce (U.S.)  Use  Personal Data

File  Edit  View  Go  Favorites  User  Help

Personal Data 1 | Personal Data 2

| | |
|---|---|
| Name: | Dejulio,Marci |
| Prefix: | Ms |
| SSN: | 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 |

| | |
|---|---|
| ID: | 590307556 |
| Personnel Status: | Employee |
| Person Number: | 10235152 |

**Home Address/Phone**

| | |
|---|---|
| Address 1: | 11247 San Jose Blvd |
| Address 2: | Apt 706 |
| Address 3: | |
| City: | Jacksonville |
| County: | |
| State: | FL        Zip:        32223 |
| Country: | USA |
| Phone: | 904/260-6649 |

**Other Phone Numbers**

Type: [        ▼]        Number:

Personal Data 1        Update/Display

Administer Workforce (U.S.) - Use - Personal Data

File  Edit  View  Go  Favorite  Use  Help

Personal Data 1 | Personal Data 2 |

| Dejulio,Marci | ID: 590307556 |

Sex
( • Female
(  Male

Birthdate:          01/20/1972

Date of Death:

Ethnic Group:      White ▼        ☐ Disabled Veteran
Military Status:   Not Indic. ▼   ☐ Disabled

Personal Data 2        Update/Display

PAGE: 01

2002-04-001402-E

```
*    *    *    C L E R K ' S    E N T R I E S    *    *    *    *
```

04    05    02

00255801
HON. JOHN VENTURA
62 E. PRICE ROAD                    (10)
BROWNSVILLE, TX        78520 0000

                                   DAMAGES        30.00

EPRESENTATIVE, ET AL.                          JOHN VENTURA,
                                        P.C.  (BROWNSVILLE)

                    04/05/02  ORIGINAL PETITION FILED
                    04/05/02  CITATION: MARCI DEJULIO
                    04/05/02        SERVED:
                    04/05/02  CITATION: NATIONS CREDIT FINANCIAL
                              SERVICES CO.
                    04/05/02        SERVED: 04/15/02      FILED: 04/19/02
                    04/05/02  JURY FEE: Pd. by HON. JOHN VENTURA

BOK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HELEN REBOK, | § | |
| Plaintiff, | § | **B-02-88** |
| | § | |
| V. | § | CIVIL ACTION NO. _____ |
| | § | |
| MARCI DEJULIO, individually and as | § | |
| representative of NATIONS CREDIT | § | |
| FINANCIAL SERVICES | § | |
| CORPORATION AND NATIONS | § | |
| CREDIT FINANCIAL SERVICES | § | |
| CORPORATION | § | |
| Defendants. | § | |

## NOTICE OF REMOVAL

TO:    Plaintiff, Helen Rebok by and though her attorney of record, John Ventura, 62 E. Price Rd., Brownsville, Texas 78521

PLEASE TAKE NOTICE that the action in which you are named as Plaintiff, filed in the

357th Judicial District Court of Cameron County, Texas, has been removed from that court to the

United States District Court for the Southern District of Texas, Brownsville Division, effective

May 6, 2002.  On this day, a Notice of Removal, a copy of which is attached, was filed with the

Clerk of the United States District Court and a copy of that Notice of Removal has been filed with

the Clerk of the above-referenced County Court effecting removal.

Doc ID: 68772        17336.0040

Respectfully submitted,

Jeffrey R. Seewald
State Bar No. 17986640
Federal I.D. No. 28500
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: 713/520-1900
Fax: 713/520-1025

*ATTORNEY FOR DEFENDANT NATIONS CREDIT FINANCIAL SERVICES CORPORATION*

OF COUNSEL:
MCGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002

## CERTIFICATE OF SERVICE

I, Jeffrey R. Seewald, hereby certify that a true and correct copy of the foregoing **Notice of Removal** was sent by fax and by certified mail, return receipt requested, on this the 3rd day of May, 2002, to the following counsel of record:

**John Ventura**
**The Law Offices of John Ventura. P.C.**
**62 E. Price Rd.**
**Brownsville, Texas 78521**
**Facsimile (956) 542-1478**

**Karen L. Kellett**
**The Kellett Law Firm**
**Founder Square**
**900 Jackson Street, Suite 120**
**Dallas, Texas 75202**
**(214) 744-3661**

JEFFREY R. SEEWALD

Doc ID. 18343 01

2

CAUSE NO. 2002-04-1402-E

| | | |
|---|---|---|
| HELEN REBOK, | § | IN THE DISTRICT COURT OF |
|       Plaintiff, | § | |
| | § | |
| V. | § | CAMERON COUNTY, TEXAS |
| | § | |
| MARCI DEJULIO, individually and as | § | |
| representative of NATIONS CREDIT | § | |
| FINANCIAL SERVICES CORPORATION | § | |
| CREDIT FINANCIAL SERVICES | § | |
| CORPORATION | § | |
|       Defendants. | § | 357TH   JUDICIAL DISTRICT |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that the Defendants, Nation Credit Financial Services Corporation, pursuant to applicable law, filed with the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division, a Notice of Removal, a copy of which is attached to and filed with this document, and that this action is removed to the United States District Court as of today, May 6, 2002. This Court is respectfully requested to proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

Jeffrey R. Seewald
State Bar No. 17986640
Federal I.D. No. 28500
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: 713/520-1900
Fax: 713/520-1025

*ATTORNEY FOR DEFENDANT NATIONS CREDIT FINANCIAL SERVICES CORPORATION*

OF COUNSEL:
MCGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002

## CERTIFICATE OF SERVICE

I, Jeffrey R. Seewald, do hereby certify that a true and correct copy of the foregoing Notice of Removal was mailed by certified mail, return receipt requested and sent by fax, on the 3rd day of May, 2002 to the following counsel of record:

**John Ventura**
**The Law Offices of John Ventura. P.C.**
**62 E. Price Rd.**
**Brownsville, Texas 78521**
**Facsimile (956) 542-1478**

**Karen L. Kellett**
**The Kellett Law Firm**
**Founder Square**
**900 Jackson Street, Suite 120**
**Dallas, Texas 75202**
**(214) 744-3661**

JEFFREY R. SEEWALD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HELEN REBOK, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. **B-02-88** |
| V. | § | |
| | § | |
| MARCI DEJULIO, individually and as | § | |
| representative of NATIONS CREDIT | § | |
| FINANCIAL SERVICES | § | |
| CORPORATION AND NATIONS | § | |
| CREDIT FINANCIAL SERVICES | § | |
| CORPORATION | § | |
| Defendants. | § | |

## INDEX OF COUNSEL

### Attorney for Plaintiff, Helen Rebok

John Ventura
State Bar No. 20545700
The Law Offices of John Ventura, P.C.
62 E. Price Rd.
Brownsville, Texas 78521
Telephone: (956) 546-9398
Facsimile: (956) 542-1478

Karen L. Kellett
State Bar No. 11199520
The Kellett Law Firm, P.C.
Founders Square
900 Jackson Street, Suite 120
Dallas Texas 75202
Telephone: (214) 292-3660
Facsimile: (214) 744-3661

Doc ID: 68772     17336 0040

**Attorneys for Defendant, Nations Credit Financial Services Corporation**

Jeffrey R. Seewald
Federal I.D. Number 28500
State Bar Number 17986640
McGlinchey Stafford PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Fax: (713) 520-1025