IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HELEN REBOK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-88 |
| | § | |
| MARCI DEJULIO, individually and as | § | |
| representative of NATIONSCREDIT | § | |
| FINANCIAL SERVICES | § | |
| CORPORATION AND NATIONS | § | |
| CREDIT FINANCIAL SERVICES | § | |
| CORPORATION | § | |
| Defendants. | § | |

### DEFENDANT NATIONSCREDIT FINANCIAL SERVICES CORPORATION'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE HILDA G. TAGLE:

COMES NOW, NationsCredit Financial Services Corporation, Successor by Merger to NationsCredit Home Equity Services Corporation, Defendant in the above entitled cause, and files this Certificate of Interested Parties.

The following includes a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are known to Defendant at this time to have a financial interest in the outcome of this litigation:

1. NationsCredit Financial Services Corporation, Successor by Merger to NationsCredit Home Equity Services Corporation, including, but not limited to, its agents, representatives, and/or employees.

Doc ID: 69891    17336.0040

2. EquiCredit Corporation of America, the parent company of NationsCredit Financial Services Corporation, including but not limited to, its agents, representatives, and/or employees.

3. <u>Bank of America Corporation</u>, the ultimate parent corporation of NationsCredit Financial Services Corporation and EquiCredit Corporation of America, including, but not limited to, its agent, representatives, shareholders, and/or employees.

4. Helen Rebok

Defendant, in accordance with the Court's order, will file an amended certificate identifying additional parties whose financial interest is subsequently made known to Defendant.

    Respectfully submitted,

*[signature]*

Jeffrey R. Seewald
State Bar No. 17986640
Federal I.D. No. 28500
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: 713/520-1900
Fax: 713/520-1025

*ATTORNEY FOR DEFENDANT NATIONSCREDIT FINANCIAL SERVICES CORPORATION*

**OF COUNSEL:**
**MCGLINCHEY STAFFORD, PLLC**
1001 McKinney, Suite 1500
Houston, Texas 77002

## CERTIFICATE OF SERVICE

      I, Jeffrey R. Seewald, do hereby certify that a true and correct copy of the foregoing Certificate of Interested Parties was served in accordance with the Federal Rules of Civil Procedure, on the 21st day of May, 2002 to the following counsel of record:

**John Ventura**
**The Law Offices of John Ventura. P.C.**
**62 E. Price Rd.**
**Brownsville, Texas 78521**
**Facsimile (956) 542-1478**

**Karen L. Kellett**
**The Kellett Law Firm**
**Founder Square**
**900 Jackson Street, Suite 120**
**Dallas, Texas 75202**
**(214) 744-3661**

_____
JEFFREY R. SEEWALD

Doc ID: 69891   17336.0040