IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HELEN REBOK, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-02-88 |
| | § | |
| MARCI DEJULIO, individually and as representative of NATIONSCREDIT FINANCIAL SERVICES CORPORATION AND NATIONS CREDIT FINANCIAL SERVICES CORPORATION | § § § § § § § § | |
| Defendants. | § | |

### JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT NATIONSCREDIT FINANCIAL SERVICES CORPORATION'S MOTION TO DISMISS AND BRIEF IN SUPPORT THEREOF

COMES NOW Plaintiff Helen Rebok and Defendant NationsCredit Financial Services Corporation, and file this their Joint Motion for Extension of Time for Plaintiff to Respond to Defendant NationsCredit Financial Services Corporation's Motion to Dismiss and Brief in Support Thereof, and as cause would show the Court as follows:

1.      Plaintiff filed suit against the Defendants in State Court in Brownsville, Texas on April 5, 2002. Defendant NationsCredit removed the case to federal court on May 6, 2002.

2.      On May 10, 2002 Defendant NationsCredit filed its Motion to Dismiss.

3.      Plaintiff and Defendants are in settlement negotiations and believe that it would be a waste of the parties' and the Court's resources to file further briefs and pleadings on this

issue, as settlement discussions are pending.

4.   The parties request that the Court extend the time for Plaintiff to respond to NationsCredit's motion to dismiss until June 14, 2002.

WHEREFORE, the parties request that the Court enter an order granting an extension of time for the Plaintiff to file a response to Defendant NationsCredit's motion to dismiss until the date of June 14, 2002, and grant the parties any additional relief to which they are entitled.

Respectfully submitted,

Law Offices of John Ventura, P.C.

By: *John Ventura*
John Ventura
State Bar No. 20545700

62 East Price Road
Brownsville, Texas 78521
(800) 424-0352 - Telephone
(956) 412-8043 - Telecopy

Karen L. Kellett
The Kellett Law Firm,
A Professional Corporation
Founders Square
900 Jackson Street, Suite 102
Dallas, Texas 75202
(214) 292-3660 - Telephone
(214) 744-3661 - Telecopy

ATTORNEYS FOR PLAINTIFF HELEN REBOK

McGlinchey Stafford, PLLC

By: *Jeffrey R. Seewald by her permission*
/s/ Jeffrey R. Seewald
State Bar No. 17986640
Federal I.D. No. 28500

1001 McKinney, Suite 1500
Houston, Texas 77002
(713) 520-1900 - Telephone
(713) 520-1025 - Telecopy

ATTORNEY FOR DEFENDANT
NATIONSCREDIT FINANCIAL SERVICES
CORPORATION