IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HELEN REBOK, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-88 |
| MARCI DEJULIO, individually and as representative of NATIONSCREDIT FINANCIAL SERVICES CORPORATION AND NATIONS CREDIT FINANCIAL SERVICES CORPORATION | § § § § § § § | |
| Defendants. | § | |

### JOINT MOTION FOR EXTENSION OF TIME TO ALLOW PLAINTIFF TO FILE A MOTION TO REMAND

COMES NOW Plaintiff Helen Rebok and Defendant NationsCredit Financial Services Corporation, and file this their Joint Motion for Extension of Time to Allow Plaintiff to File a Motion to Remand, and as cause would show the Court as follows:

1. Plaintiff filed suit against Marci DeJulio and NationsCredit Financial Services Corporation in state court in Brownsville, Texas on April 5, 2002. Defendant NationsCredit removed the case to federal court on May 6, 2002.

2. The parties currently are in settlement discussions and believe that further litigation over remand issues would waste the parties' and the Court's resources. Thus, the parties have agreed that the Plaintiff may have until June 14, 2002, to file its motion for remand.

WHEREFORE, the parties request that the Court enter an order granting Plaintiff until June 14, 2002 to file a motion to remand the action to state court.

Respectfully submitted,

Law Offices of John Ventura, P.C.

By: *[signature]*
John Ventura
State Bar No. 20545700

62 East Price Road
Brownsville, Texas 78521
(800) 424-0352 - Telephone
(956) 412-8043 - Telecopy

Karen L. Kellett
The Kellett Law Firm,
A Professional Corporation
Founders Square
900 Jackson Street, Suite 102
Dallas, Texas 75202
(214) 292-3660 - Telephone
(214) 744-3661 - Telecopy

ATTORNEYS FOR PLAINTIFF HELEN REBOK


McGlinchey Stafford, PLLC

By: *[signature]* by permission *[signature: John Ventura]*
Jeffrey R. Seewald
State Bar No. 17986640
Federal I.D. No. 28500

1001 McKinney, Suite 1500
Houston, Texas 77002
(713) 520-1900 - Telephone
(713) 520-1025 - Telecopy

ATTORNEY FOR DEFENDANT
NATIONSCREDIT FINANCIAL SERVICES
CORPORATION