IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HELEN REBOK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-88 |
| | § | |
| MARCI DEJULIO, individually and as | § | |
| representative of NATIONSCREDIT | § | |
| FINANCIAL SERVICES | § | |
| CORPORATION AND NATIONS | § | |
| CREDIT FINANCIAL SERVICES | § | |
| CORPORATION | § | |
| | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

JUN 2 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

The Court has considered the Second Joint Motion for Extension of Time for Plaintiff to Respond to Defendant NationsCredit Financial Services Corporation's Motion to Dismiss and Brief in Support Thereof, and finds that such motion has merit. Therefore, it is

ORDERED, ADJUDGED AND DECREED, that Plaintiff may file a response to the Defendant's motion to dismiss by July 5, 2002.

HILDA G. TAGLE
United States District Judge

ORDER - Page 1