IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HELEN REBOK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-88 |
| | § | |
| MARCI DEJULIO, individually and as representative of NATIONSCREDIT FINANCIAL SERVICES CORPORATION AND NATIONS CREDIT FINANCIAL SERVICES CORPORATION | § § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has considered the Second Joint Motion for Extension of Time to Allow Plaintiff to File a Motion to Remand, and finds that such motion has merit. Therefore, it is

ORDERED, ADJUDGED AND DECREED, that the Plaintiff may have until July 5, 2002 to file a motion to remand this case to state court.

Signed: 7/2/02

HILDA G. TAGLE
United States District Judge

ORDER - Page 1