IN THE UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE: § | |
| § | |
| HELEN REBOK § | |
| Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-88 |
| § | |
| MARCI DEJULIO, Individually and as § | |
| representative of NATIONSCREDIT § | |
| FINANCIAL SERVICES and § | |
| NATIONS CREDIT § | |
| FINANCIAL SERVICES CORPORATION § | |
| Defendant § | |

### THIRD JOINT MOTION FOR EXTENSION OF TIME TO ALLOW PLAINTIFF TO FILE A MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Helen Rebok and Defendant NationsCredit Financial Services Corporation, and file this their Third Joint Motion for Extension of Time to Allow Plaintiff to File a Motion to Remand, and as cause would show the Court as follows:

1. Plaintiff filed suit against Marci DeJulio and NationsCredit Financial Services Corporation in state court in Brownsville, Texas on April 5, 2002. Defendant, NationsCredit removed the case to federal court on May 6, 2002.

2. The parties currently are in settlement discussions and believe that further litigation over remand issues would waste the parties' and the Court's resources. Thus, the parties have agreed that the Plaintiff may have until July 19, 2002, to file its motion for remand.

WHEREFORE, the parties request that the Court enter an order granting Plaintiff until July 19, 2002, to file a motion to remand the action to state court.

Dated: July 3, 2002

>Respectfully submitted,
>**LAW OFFICES OF JOHN VENTURA, P.C.**
>
>By: _____
>John Ventura
>Texas Bar No. 20545700
>Federal I.D. 1646
>62 E Price Rd.
>Brownsville, Texas 78521
>(956) 546-9398 - Telephone
>(956) 542-1478 - Facsimile
>
>Karen L. Kellett
>The Kellett Law Firm,
>A Professional Corporation
>Founders Square
>900 Jackson Street, Ste. 120
>Dallas, Texas 75202
>(214) 292-3660 - Telephone
>(214) 744-3661 - Facsimile
>ATTORNEY FOR PLAINTIFF HELEN REBOK
>
>**McGlinchey Stafford, PLLC**
>
>By: _____
>Jeffrey R. Seewald
>State Bar No. 17986640
>Federal I.D. No. 28500
>1001 McKinney, Ste. 1500
>Houston Texas 77002
>(713) 520-1900 - Telephone
>(713) 520-1025 - Telecopy
>
>ATTORNEY FOR DEFENDANT NATIONSCREDIT
>FINANCIAL SERVICES CORPORATION