IN THE UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HELEN REBOK | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-88 |
| | § | |
| MARCI DEJULIO, Individually and as | § | |
| representative of NATIONSCREDIT | § | |
| FINANCIAL SERVICES and | § | |
| NATIONS CREDIT | § | |
| FINANCIAL SERVICES CORPORATION | § | |
| Defendant | § | |

### THIRD JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT NATIONSCREDIT FINANCIAL SERVICES CORPORATION'S MOTION TO DISMISS and BRIEF IN SUPPORT THEREOF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Helen Rebok and Defendant NationsCredit Financial Services Corporation, and file this their Third Joint Motion for Extension of Time to for Plaintiff to Respond to Defendant NationsCredit Financial Services Corporation's Motion to Dismiss and Brief in Support Thereof, and as cause would show the Court as follows:

1. Plaintiff filed suit against Marci DeJulio and NationsCredit Financial Services Corporation in state court in Brownsville, Texas on April 5, 2002. Defendant, NationsCredit removed the case to federal court on May 6, 2002.

2. On May 10, 2002, Defendant NationsCredit filed its Motion to Dismiss.

3. Plaintiff and Defendants are in settlement negotiations and believe that it would be a waste

of the parties' and the Court's responses to file further briefs and pleadings on this issue, as settlement discussions are pending.

4. The parties request that the Court extend the time for Plaintiff to respond to NationsCredit's motion to dismiss until July 19, 2002.

WHEREFORE, the parties request that the Court enter an order granting an extension of time for Plaintiff to file a response to Defendant NationsCredit's motion to dismiss until the date of July 19, 2002, and grant the parties any additional relief to which they are entitled.

Dated: July 3, 2002

Respectfully submitted,

LAW OFFICES OF JOHN VENTURA, P.C.

By: _____
    John Ventura
    Texas Bar No. 20545700
    Federal I.D. 1646
    62 E Price Rd.
    Brownsville, Texas 78521
    (956) 546-9398 - Telephone
    (956) 542-1478 - Facsimile

    Karen L. Kellett
    The Kellett Law Firm,
    A Professional Corporation
    Founders Square
    900 Jackson Street, Ste. 120
    Dallas, Texas 75202
    (214) 292-3660 - Telephone
    (214) 744-3661 - Facsimile

ATTORNEY FOR PLAINTIFF HELEN REBOK

**McGlinchey Stafford, PLLC**

By: _____
Jeffrey R. Seewald
State Bar No. 17986640
Federal I.D. No. 28500
1001 McKinney, Ste. 1500
Houston Texas 77002
(713) 520-1900 - Telephone
(713) 520-1025 - Telecopy

ATTORNEY FOR DEFENDANT NATIONSCREDIT FINANCIAL SERVICES CORPORATION