IN THE UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HELEN REBOK | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-88 |
| | § | |
| MARCI DEJULIO, Individually and as | § | |
| representative of NATIONSCREDIT | § | |
| FINANCIAL SERVICES and | § | |
| NATIONS CREDIT | § | |
| FINANCIAL SERVICES CORPORATION | § | |
| Defendant | § | |

## ORDER

The Court has considered the Third Joint Motion for Extension of Time to Allow Plaintiff to File a Motion to Remand, and Brief in Support Thereof, and finds that such motion has merit. Therefore, it is

ORDERED, ADJUDGED, and DECREED, that Plaintiff may file a response to the Defendant's motion to dismiss by July 19, 2002.

Signed on: July 11, 2002

_____
HILDA G. TAGLE
United States District Judge