IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HELEN REEBOK, | § | AUG 1 6 2002 |
| Plaintiff, | § | |
| V. | § | Michael N. Milby |
| | § | Clerk of Court |
| MARCI DEJULIO, individually and as | § | |
| representative of NATIONSCREDIT | § | CIVIL ACTION NO. B-02-88 |
| FINANCIAL SERVICES | § | |
| CORPORATION AND NATIONS | § | |
| CREDIT FINANCIAL SERVICES | § | |
| CORPORATION | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

TO THE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiff HELEN REEBOK and Defendant, NATIONSCREDIT FINANCIAL SERVICES CORPORATION, for the purposes of notifying the Court of a settlement reached by the parties.

The settlement reached is subject to the approval of the Bankruptcy Court in which Plaintiff is a Debtor. The parties anticipate that the settlement will be approved by the Bankruptcy Court and will be fully documented and executed within the next thirty days. Upon final settlement, it is anticipated that the parties will be filing a Joint Motion to Vacate Foreclosure and Reinstate Deed of Trust followed by a Joint Motion to Dismiss.

Respectfully submitted,

*[signature: John Ventura w/perm JRS]*

**JOHN VENTURA**
State Bar No. 20545700
Federal I.D. No. 1646
62 E. Price Road
Brownsville, Texas 78521
956/ 546-9398
956/ 542-1478 Fax


**KAREN L. KELLETT**
The Kellett Law Firm
A Professional Corporation
Founders Square
900 Jackson Street, Ste. 120
Dallas, Texas 75202
214/ 292-3660
214/ 744-3660 Fax
*Attorneys for Plaintiff Helen Rebok*

*[signature]*

**JEFFREY R. SEEWALD**
State Bar No. 17986640
Federal I.D. No. 28500
1001 McKinney Street, Suite 1500
Houston, Texas 77002
713/ 520-1900
713/ 520-1025 Fax
*Attorney-in-charge for Defendant
NationsCredit Financial Services Corporation*

**OF COUNSEL:**
**MCGLINCHEY STAFFORD, PLLC**