IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HELEN REEBOK, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. B-02-88 |
| | § | |
| MARCI DEJULIO, Individually and as | § | |
| Representative of NATIONSCREDIT | § | |
| FINANCIAL SERVICES | § | |
| CORPORATION AND NATIONS | § | |
| CREDIT FINANCIAL SERVICES | § | |
| CORPORATION, | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on September 3rd, 2002, having received a Notice of Settlement on August 10, 2002 [Dkt. No. 15] **ORDERED** the Parties to apprise the Court of the status of settlement proceedings and approval by the Bankruptcy Court by September 10, 2002 at 3:00 p.m. The Parties are likewise **ORDERED** to apprise the Court how any settlement will affect the rights of MARCI DEJULIO, who is not mentioned in the Notice of Settlement.

DONE this 3rd day of September, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge