IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HELEN REEBOK,<br>  Plaintiff,<br><br>v.<br><br>MARCI DEJULIO, Individually and as<br>Representative of NATIONSCREDIT<br>FINANCIAL SERVICES<br>CORPORATION AND NATIONS<br>CREDIT FINANCIAL SERVICES<br>CORPORATION,<br>  Defendants. | §§§§§§§§§§§§ | C.A. No. B-02-88 |

ORDER

BE IT REMEMBERED that on September 6, 2002, having received a Notice of Settlement on September 5, 2002 [Dkt. No. 17], **CANCELLED** the initial pretrial conference scheduled for September 16, 2002. The Parties are hereby **ORDERED** to apprise the Court of the status of settlement proceedings and approval by the Bankruptcy Court by September 24, 2002 at 3:00 p.m. In the event that the case does not settle, the initial pretrial conference will be rescheduled.

DONE this 6th day of September, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge