**JOHN VENTURA**
Board Certified Consumer
Bankruptcy Law, Texas Board
of Legal Specialization

Ellen C. Stone

Joseph J. Wolf

Conrad Bodden

LAW OFFICES OF

# JOHN VENTURA, P.C.

*Helping People When They Need It Most....*

**Bankruptcy * Personal Injury * Child Support Services**
62 E. Price Rd. • Brownsville, Texas 78521
Tel: (956) 546-9398 •(956) 542-1478 Facsimile
"Principal Office"

**McAllen Office:**
711 Nolana Loop, Suite 104
McAllen Texas 78504
(956) 630-2822

**Harlingen Office:**
623 E. Tyler Ave.
Harlingen Texas 78550
(956) 440-0398

United States District Court
Southern District of Texas
RECEIVED
FILED
SEP 1 0 2002
12:36 PM
Michael N. Milby, Clerk

September 4, 2002

**Via Fax transmission (956) 574-7416**
Honorable Judge Hilda G. Tagle
U.S. Federal Courthouse
600 E. Harrison Street
Brownsville Texas 78520

CA-B-02-88

Re:   Helen Rebok, Chapter 13 Debtor, Case No. 01-23953-B-13
      Helen Rebok vs. Bank of America Corp., et al., Adversary No. 02-1020-B

Dear Judge Tagle:

Please accept this correspondence as a joint response to this Honorable Court's Order of September 3, 2002 seeking the status of this case.

As the Plaintiff is in bankruptcy, a Joint Motion to Compromise Controversy was filed with the bankruptcy court seeking approval of the settlement. We believe that the bankruptcy court will approve the settlement agreement by September 24, 2002. Once we receive approval, a Joint Motion to Dismiss or Agreed Judgment will be filed with your Honorable Court. The dismissal of this case will include the dismissal of the lawsuit against Marci Dejulio.

Thank you for your assistance in this matter.

Kindest Regards,

Law Offices of John Ventura, PC

*/s/ John Ventura*
John Ventura

McGlinchey Stafford, PLLC

*/s/ Jeffery Seewald* by permission
Jeffery Seewald

*/s/ John Ventura*

JV:sgt
xc:   Karen Kellett