JOHN VENTURA
Board Certified Consumer
Bankruptcy Law. Texas Board
of Legal Specialization

Ellen C. Stone

Conrad Bodden

Daniel Whitworth

LAW OFFICES OF

# JOHN VENTURA, P.C.

*Helping People When They Need It Most....*

**Bankruptcy * Personal Injury * Child Support Services**
62 E. Price Rd. • Brownsville, Texas 78521
Tel: (956) 546-9398 •(956) 542-1478 Facsimile
"Principal Office"

McAllen Office:
711 Nolana Loop, Suite 104
McAllen Texas 78504
(956) 630-2822

Harlingen Office:
623 E. Tyler Ave.
Harlingen Texas 78550
(956) 440-0398

September 23, 2002

CAB-02-88

United States District Court
Southern District of Texas
FILED

SEP 23 2002

Michael N. Milby
Clerk of Court

**Via Fax transmission (956) 574-7416**
Honorable Judge Hilda G. Tagle
U.S. Federal Courthouse
600 E. Harrison Street
Brownsville Texas 78520

Re:   Helen Rebok, Chapter 13 Debtor, Case No. 01-23953-B-13
      Helen Rebok vs. Bank of America Corp., et al., Adversary No. 02-1020-B

Dear Judge Tagle:

Please accept this correspondence as an update on the status of this case.

We have confirmed with the Bankruptcy Court that there are no objections or responses to the Joint Motion to Compromise Controversy that was previously filed. As such, the clerk from the Bankruptcy Court has advised that the Motion will be approved and the Order has been delivered to the Judge's chamber for signature. The clerk advised that the Order approving the Joint Motion should be signed today. We will be confirming this on PACER. As soon as the Order is signed, we will proceed with filing a Joint Motion to Dismiss or Agreed Judgment.

Should you need any additional information, we will gladly provide it. Thank you for your usual courtesies.

Kindest Regards,

**Law Offices of John Ventura, PC**

John Ventura  /BP/BSgt

**McGlinchey Stafford, PLLC**

Jeffery Seewald  /BP/Sgt

JV:sgt
xc:   Karen Kellett