IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 11 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HELEN REBOK | § § | |
| V. | § § | CIVIL ACTION NO. B-02-88 |
| MARCI DEJULIO, individually and as representative of NATIONSCREDIT FINANCIAL SERVICES CORPORATION AND NATIONS CREDIT FINANCIAL SERVICES CORPORATION | § § § § § § § | |

## ORDER

Came on to be considered the Agreed Motion to Vacate Foreclosure, the Court, having considered the Motion, is of the opinion that it should be GRANTED. IT IS THEREFORE;

ORDERED, ADJUDGED and DECREED that the title to the following described property:

Lot six (6), Lakeside Park Subdivision, in the city of Brownsville, Cameron County, Texas, according to the map of said subdivision recorded in Volume 12, Page 64, map records of Cameron County, Texas mailing address of 4035 Retama Drive, Brownsville, Texas 78521

is vested in Helen Rebok and NationsCredit's Deed of Trust filed in the real property records of Cameron County, Texas at Volume 5110, Page 340 is reinstated with full force and effect.

ORDERED, that all relief not expressly given herein is DENIED.

Signed at _Brownsville, TX_ on this the _____ day of _October_, 2002.

_____
JUDGE PRESIDING

71998.2; 17336.0040

**AGREED TO AND ENTRY REQUESTED:**

_____
Jeffrey R. Seewald
State Bar No. 17986640
Southern District of Texas Bar No. 28500
MCGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Facsimile: (713) 520-1025

*Attorney-in-charge for Defendant*
*Nationscredit Financial Services Corporation*

_____
John Ventura        Federal IDno. 1646
State Bar No. 20545700
The Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville, Texas 78521
956/ 546-9398
956/ 542-1478 Fax

The Kellett Law Firm,
A Professional Corporation
Karen L. Kellett
State Bar No. 11199520
Founders Square
900 Jackson Street, Suite 120
Dallas, Texas 75202
214/ 292-3660
214/ 744-3661 Fax

*Attorneys for Plaintiff*
*Helen Rebok*