IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HELEN REBOK, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-88 |
| | § | |
| MARCI DEJULIO, individually and as | § | |
| representative of NATIONSCREDIT | § | |
| FINANCIAL SERVICES | § | |
| CORPORATION AND NATIONS | § | |
| CREDIT FINANCIAL SERVICES | § | |
| CORPORATION | § | |
| Defendants. | § | |

## AGREED MOTION TO DISMISS

COME NOW, Plaintiff **HELEN REBOK** and Defendant **NATIONSCREDIT FINANCIAL SERVICES CORPORATION** in the above styled and numbered cause, and move this Court for an order dismissing all claims one has against the other as alleged herein, and in support thereof would show as follows:

Plaintiff and Defendant have resolved their disputes and no longer wish to pursue their claims against each other as alleged herein and now seek dismissal, **with prejudice**, of Plaintiff's claims against Defendant.

71661.1/17336.0040

WHEREFORE, PREMISES CONSIDERED Plaintiff and Defendant request that all claims asserted in this cause be dismissed.

Respectfully submitted,

_____
Jeffrey R. Seewald
State Bar No. 17986640
Southern District of Texas Bar No. 28500
MCGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Facsimile: (713) 520-1025

*Attorney-in-charge for Defendant*
*NationsCredit Financial Services Corporation*

_____
John Ventura
State Bar No. 20545700
The Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville, Texas 78521
956/ 546-9398
956/ 542-1478 Fax

Karen Kellett by permission
_____
Karen L. Kellett                  /s/ John Ventura
The Kellett Law Firm,
A Professional Corporation
State Bar No. 11199520
Founders Square
900 Jackson Street, Suite 120
Dallas, Texas 75202
214/ 292-3660
214/ 744-3661 Fax

*Attorneys for Plaintiff*
*Helen Rebok*