IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HELEN REEBOK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-88 |
| | § | |
| MARCI DEJULIO, individually and as | § | |
| representative of NATIONSCREDIT | § | |
| FINANCIAL SERVICES CORPORATION | § | |
| AND NATIONSCREDIT FINANCIAL | § | |
| SERVICES CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on November 20, 2002, the Court considered the parties' stipulated Motion to Dismiss with Prejudice [Dkt. No. 23]. The Court, having been advised by counsel that all issues have been resolved, **dismisses** this case with prejudice. All parties shall bear their own costs. The Court retains jurisdiction to enforce the settlement. Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 20th day of November, 2002.

Hilda G. Tagle
United States District Judge